**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: August 03, 2023<br>Docket #: 23-1021<br>Short Title: Goodman v. Bouzy | DC Docket #: 21-cv-10878<br>DC Court: SDNY (NEW YORK CITY)DC Docket #: 21-cv-10878<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Cott<br>DC Judge: Torres |

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8503.